513-0250 People v. Cousert Cousert 513-0250